**90–22.** State v. Waddy. *Franklin County,* Nos. 87AP–1159 and 87AP–1160. Reported at 63 Ohio St.3d 424, 588 N.E.2d 819. On motion for rehearing. Rehearing denied.

**90–2033.** Franklin Cty. Sheriff's Dept. v. State Emp. Relations Bd. *Franklin County,* No. 89AP–792. Reported at 63 Ohio St.3d 498, 589 N.E.2d 24. On motion for rehearing. Rehearing denied.

**91–2446.** State v. Hower. *Auglaize County,* No. 2–90–32. Reported at 63 Ohio St.3d 1445, 589 N.E.2d 389. On motion for rehearing. Rehearing denied.

**92–39.** Strunck v. Wiltse. *Hamilton County,* No. C–900635. Reported at 63 Ohio St.3d 1441, 589 N.E.2d 46. On motion for rehearing. Rehearing denied.

DOUGLAS, J., dissents.

**92–45.** Mancini–Kozsey v. Rezaee. *Lake County,* Nos. 90–L–14–010 and 90–L–14–019. Reported at 63 Ohio St.3d 1449, 589 N.E.2d 392. On motion for rehearing. Rehearing denied.

DOUGLAS and RESNICK, JJ., dissent.

**92–128.** State ex rel. Guthrie v. Univ. of Toledo Benevolent Adventurers' Strategic Headquarters. In Mandamus. Reported at 63 Ohio St.3d 1445, 589 N.E.2d 389. On motion for rehearing. Rehearing denied.

**92–171.** State v. Martin. *Wayne County,* No. 2657. Reported at 63 Ohio St.3d 1446, 589 N.E.2d 390.
On motion for rehearing. Rehearing denied.

MOYER, C.J., dissents.

## MISCELLANEOUS DISMISSALS

**92–323.** Hendrickson v. Maenle. *Lucas County,* No. L–90–366. Cause dismissed, on appellant's application for dismissal, effective May 12, 1992.